Andrew M. Carroll, Esquire
427 N. Packard Street
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re.: Moore, Harry | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 25-22012 - ABA |

## CERTIFICATION

I, Andrew Carroll, hereby certify:

1.  I am an attorney at law licensed to practice before this court and I am authorized to make this certification.

2.  On January 28, 2026 this case was dismissed.

3.  Present counsel was to the paid $3,250 through the Chapter 13 plan and our firm elected a flat fee permitted by D.N.J. LBR 2016-5(b) and as a result I seek the balance of attorney's fees from any available funds on hand with the Chapter 13 Trustee.

4.  I respectfully submit this certification for the balance of attorney's fees from any available funds on hand.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Andrew Carroll
Andrew Carroll

January 29, 2026