Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−22012−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Harry Joseph Moore Jr
   402 Barnsboro Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−3134

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Harry Joseph Moore, Jr
    Debtor

Case No. 25-22012-ABA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                        Page 1 of 2

Date Rcvd: Jan 29, 2026                Form ID: 148                        Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry Joseph Moore, Jr, 402 Barnsboro Road, Sewell, NJ 08080-4506 |
| sp | + | Sebastian Ionno, 140 S Broadway, Pitman, NJ 08071-2235 |
| 520879335 | + | Apogee Finance, 1045 Cooper Street, Woodbury, NJ 08096-3033 |
| 520879339 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 520879340 | | IRS, 1719 NJ-10, Parsippany, NJ 07054 |
| 520905047 | + | Mantua Tax Collector, 401 Main Street, Mantua, NJ 08051-1002 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520890938 | + | EDI: AIS.COM | Jan 30 2026 01:51:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520879336 | | Email/Text: bankruptcycourts@equifax.com | Jan 29 2026 21:07:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 520879337 | ^ | MEBN | Jan 29 2026 21:01:12 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 520879338 | | EDI: IRS.COM | Jan 30 2026 01:51:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 520879341 | + | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 520917627 | | EDI: JEFFERSONCAP.COM | Jan 30 2026 01:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520879342 | | Email/Text: krivera@leadersfc.com | Jan 29 2026 21:06:00 | Leaders Financial Company, 21 Commerce Dr, Fl 1, Cranford, NJ 07016 |
| 520888305 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 21:10:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520953088 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520879343 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 520900261 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 29 2026 21:07:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

District/off: 0312-1        User: admin        Page 2 of 2

Date Rcvd: Jan 29, 2026        Form ID: 148        Total Noticed: 23

| | | | |
|---|---|---|---|
| 520888339 | EDI: Q3G.COM | Jan 30 2026 01:51:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520879344 | + Email/Text: RASEBN@raslg.com | Jan 29 2026 21:07:00 | RAS, CRANE & PA, 130 Clinton Rd, #202, Fairfield, NJ 07004-2927 |
| 520898324 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 29 2026 21:08:00 | Santander Bank, N.A.; as servicer for, Santander Consumer USA Inc.,, assignee of assignee of Gateway One, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520879345 | ^ MEBN | Jan 29 2026 21:00:35 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Sebastian Ionno, 140 S Broadway, Pitman, NJ 08071-2235 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Carroll | on behalf of Debtor Harry Joseph Moore  Jr AndrewCarrollEsq@gmail.com, SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4